■ In the Matter of JAHSON TAFARI, Petitioner, v THOMAS A. COUGHLIN, as Commissioner of the Department of Correctional Services, et al., Respondents.—Determination unanimously confirmed and petition dismissed. Memorandum: Having failed to object at the Superintendent's hearing to the alleged defect in completing the drug test form, and having

failed to raise the issue on his administrative appeal, petitioner may not raise the issue in this CPLR article 78 proceeding (see, Matter of Cushing-Gale v Kelly, 154 AD2d 954; Matter of Samuels v Kelly, 143 AD2d 506, lv denied 73 NY2d 707; Matter of Krall v Kelly, 142 AD2d 951). (Article 78 proceeding transferred by order of Supreme Court, Wyoming County, Dadd, J.) Present—Dillon, P. J., Boomer, Green, Pine and Balio, JJ.